ORIGINAL

NORTHERN DISTRICT OF TEXAS
FILED

JUL 29 2019
3:05pm

CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Lisa A. Biron,	)
    Plaintiff	)
	)
	)
v.	)	Civil Action No. 4:19-CV-322—A
	)
	)
	)
Federal Medical Center ("FMC")	)
Carswell Warden Jody Upton;	)
FMC Carswell Psychologist	)
Leticia A. Armstrong; FMC	)
Carswell Psychologist E. Dixon,	)
    Defendants	)
	)

## Notice of Appeal

Notice is hereby given that Lisa A. Biron plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 23rd day of July, 2019.

July 25, 2019
Date

Lisa Biron
Lisa A. Biron
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

