UNITED STATES COURT OF APPEALS
FOR THE
FIFTH CIRCUIT

Lisa Biron,
    Appellant

v.

Jody Upton, et al.,
    Appellees

Case No. 19-10862
USDC No. 4:19-cv-322

U.S. COURT OF APPEALS
RECEIVED
SEP 20 2019
FIFTH CIRCUIT

### Request to Stay Appeal

Appellant, Ms. Biron, requests this Honorable Court stay this appeal pending the resolution of Re: Judicial Complaint No. 05-19-90144 filed against Senior United States District Judge John H. McBryde.

The complaint was based on the suspected mental disability of Judge McBryde after he issued the opinion in this case. It was apparent in his written opinion that he did not understand the relief that was requested by Ms. Biron in her Complaint and that he did not know who the defendants were, referring to a defendant named "Alexander" in two separate sections of the opinion.

Because Judge McBryde did not understand that the main claim was for the return of Ms. Biron's writing which is presently in the possession of the defendants, he deemed her injunctive claim moot, and neglected to do any analysis related to the claim. In the event that the Judicial Council certifies the mental disability of Judge McBryde, Ms. Biron suggests that the opinion dismissing her case is void in its entirety, and, therefore, not properly reviewable on appeal.

Wherefore, Ms. Biron respectfully requests that this Court stay this appeal pending the resolution of the judicial disability proceeding.

Respectfully submitted

9/16/2019
Date

Lisa Biron # 12775-049

FCI Waseca
P.O. Box 1731
Waseca, MN 56093

## Certificate of Service

I hereby certify that a copy of this Request to Stay Appeal was mailed this date to AUSA Brian Stoltz.

9/16/2019
Date

Lisa Biron
Lisa Biron

Name Lisa Biron    Reg# 12775-049
Federal Correctional Institution Unit D
P.O. Box 1731
Waseca, MN 56093

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address. Date Mailed: _____

MINNEAPOLIS MN 554
17 SEP 2019 PM 5 L

⇔12775-049⇔
Fifth Circuit Ct Appeals
Clerk of the Court
600 S Maestri PL
NEW Orleans, LA 70130-3408
United States