# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 24, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-10862   Lisa Biron v. Jody Upton, et al
                 USDC No. 4:19-CV-322

The court has denied appellant's motion to stay further proceedings in this Court.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Claudia N. Farrington, Deputy Clerk
                                  504-310-7706

Ms. Lisa A. Biron
Mr. Brian Walters Stoltz