United States Court of Appeals
for the Fifth Circuit

Lisa A. Biron, Plaintiff-Appellant

v.                                       Case No. 19-10862

Jody Upton, et al., Defendants-Appellees

## Motion for Extension of Time to File Reply Brief

On November 19, 2019 Appellees filed their revised Brief, received by Ms. Biron on November 25, 2019.

Ms. Biron requests an extension of time to file her reply until she can access the law library.

Ms. Biron was placed in the Special Housing Unit ("SHU") because of a fraudulent incident report issued against her on November 26, 2019.

Ms. Biron remains in the SHU presently and cannot gain access to the SHU law library to perform research necessary to draft her reply.

Ms. Biron also does not have sufficient access to legal materials.

Ms. Biron cannot leave her SHU-cell to access the law library without hand-cuffs per FBOP policy.

From June 2013 through March 2014 FBOP staff injured Ms. Biron's shoulder/bicep/rotator cuff by cuffing her hands behind her back while wrongfully incarcerating her in the SHU. After this well-documented injury, and while in FMC Carswell, FBOP Carswell staff cuffed Ms. Biron with her hands in front because of this injury.

Presently, FCI Waseca Captain Koch has refused Ms. Biron's request to be hand-cuffed in front to prevent further injury, and has told Ms. Biron that she cannot leave her SHU-cell without her hands

1

cuffed behind her back.

Ms. Biron cannot be cuffed with her hands behind her back because it causes too much pain and injury, and, therefore she cannot access the SHU law library.

Ms. Biron, a non-violent offender, with no incidents of violence while in prison, refuses to allow rogue FBOP officials to hurt her.

Wherefore, Ms. Biron seeks a stay or an extension of time to file her Reply Brief until she is released from the SHU, and can access the necessary legal materials, and such other relief as is deemed just and equitable.

Respectfully submitted

12/2/19
Date

Lisa Biron

Lisa Biron #12775-049
FCI Waseca
Waseca, MN

### Certification

I certify that I mailed a copy of this Motion to AUSA Brian Stoltz on this date

12/2/19
Date

Lisa Biron

### Verification

I swear, under penalty of perjury, that I mailed this motion to the Court by handing it to a SHU Officer, postage paid, and asking that it be put in the SHU legal mail bag on this date.

12/2/19
Date

Lisa Biron

2

Lisa Biron
12775-014
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Legal Mail

DEC 03 2019

Fifth Circuit Court of Appeals
600 South Maestri Place
New Orleans, LA 70130



7013-3414 99