United States Court of Appeals
For the Fifth Circuit

U.S. COURT OF APPEALS
RECEIVED
DEC 16 2019
FIFTH CIRCUIT

Lisa A. Biron, Plaintiff-Appellant

v.                                    Case No. 19-10862

Jody Upton, et al., Defendant-Appellees

## Notice of Advisement

On 12/2/19 (per prison mailbox rule) Ms. Biron filed a Motion for Extension of Time to File Reply Brief.

Ms. Biron files this Notice of Advisement to inform the Court that on 12/11/19 she was sanctioned to thirty (30) days in the SHU. As is the practice of the federal Bureau of Prisons, the fifteen (15) days she has been in the SHU do not count.

By Ms. Biron's calculation, she should be released from the SHU on 1/9/20.

Respectfully submitted

Lisa Biron

12/11/19
Date

Lisa Biron #12775-049
FCI Waseca
Waseca, MN 56093

## Certification of Service

I certify that a handwritten copy of this Notice was mailed to AUSA Stoltz, 1100 Commerce Street, 3rd Floor, Dallas, Texas 75242, on this date

12/11/19
Date

Lisa Biron
Lisa Biron

MINNEAPOLIS MN 554

12 DEC 2019  PM 3  L

Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

DEC 12 2019

Lisa Biron
12-115-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

70130-341459