# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 06, 2020

#12775-049
Ms. Lisa A. Biron
FCI Waseca
1000 University Drive, S.W., P.O. Box 1731
Waseca, MN 56093-1500

Mr. Brian Walters Stoltz
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Room 300
Dallas, TX 75242-1699

    No. 19-10862   Lisa Biron v. Jody Upton, et al
                     USDC No. 4:19-CV-322

Dear Ms. Biron and Mr. Stoltz,

The appeal has been placed in abeyance this date pending issuance of the Supreme Court decision in FNU Tanzin v. Tanvir, 140 S. Ct.550 (2019), and this court's decision in Butler v. Porter, No. 19-30029. You have fourteen (14) days to file a letter in response if you believe this stay is inappropriate. All responses will be forwarded to the court for a determination. If developments arise that would impact the stay, you must notify the court. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686