# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 14, 2022
Lyle W. Cayce
Clerk

No. 19-10862

Lisa A. Biron,

*Plaintiff—Appellant*,

versus

Jody Upton, *Warden*; Leticia A. Armstrong; Emily Dixon,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CV-322

_____

Before Stewart, Elrod, and Graves, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.