# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 23, 2023

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:   Lisa A. Biron
           v. Jody Upton, Warden, et al.
           No. 22-7614
           (Your No. 19-10862)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 11, 2023 and placed on the docket May 23, 2023 as No. 22-7614.

                              Sincerely,

                              **Scott S. Harris, Clerk**

                              by

                              Susan Frimpong
                              Case Analyst



U.S. COURT OF APPEALS RECEIVED MAY 24 2023 FIFTH CIRCUIT